Lessee of CASPER STOWER *against* JOHN LIGHTNER.

On a motion for a new trial, the party must be confined to ˮthe grounds stated in his written notice.

EJECTMENT for lands in Dauphin county, tried before Yeates and Smith, Justices, at Harrisburgh, October assizes in 1795, and a verdict found for the plaintiff.

The defendant obtained a rule to show cause why a new trial should not be had, and had given written notice of the grounds on which his motion was founded. His counsel now wished to take up a new point not inserted therein.

*Per curiam.* The party must be confined to his own statement of the points whereof he means to avail himself. The reason of filing exceptions to a report of referees applies strongly hereto. It prevents surprise, and the adversary comes prepared to repel those objections alone, unless others arise on the face of the award itself. Here the verdict is not peremptory.

Rule discharged and judgment *pro quer.*
Mr. Ingersoll, *pro quer.* Mr. Tilghman, *pro def.*